# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ILEAN ECHOLS**                                                                          **PLAINTIFF**

**V.**                                                              **NO. 4:17-CV-19-DMB-JMV**

**DOLGENCORP, LLC**
**d/b/a Dollar General Store #7385**                                              **DEFENDANT**

## ORDER CLOSING CASE

On September 7, 2017, the plaintiff filed a "Stipulation of Dismissal without Prejudice," signed on behalf of all parties, in which the parties "stipulate[] that the Plaintiff's claims against the Defendant Dolgencorp, LLC, are hereby dismissed without prejudice with each party to bear their own costs." Doc. #17. Accordingly, the Clerk of the Court is **DIRECTED** to close this case on the Court's docket.

**SO ORDERED**, this 12th day of September, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**